IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**ROMAIN SHANTAY TORNS**                          **PLAINTIFF**

v.                          **CAUSE NO. 5:13cv264-LG**

**MARK SHEPHERD, et al.**                          **DEFENDANTS**

## FINAL JUDGMENT

This matter having come before the Court for trial without a jury, the Court, after a full review and consideration of the record in this case, finds that in accord with the Findings of Fact and Conclusions of Law entered herewith, and pursuant to Federal Rule of Civil Procedure 58,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of Defendants.  Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 27th day of February, 2015.

                                              *s/ Louis Guirola, Jr.*
                                              LOUIS GUIROLA, JR.
                                              CHIEF U.S. DISTRICT JUDGE